UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>-against-<br><br>GRETCHEN G. HIGGINS and PALEY MANAGEMENT CORP.,<br><br>      Defendants. | Case No. 1:19-cv-03083 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On November 19, 2019, the Court entered a Consent Decree in this action. ECF No. 20. The Consent Decree indicates that it was to "remain in effect for three (3) years following entry of the Consent Decree by the Court." *Id.* at 10. Therefore, as of November 19, 2022, the Consent Decree is no longer effect. Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice.

  The Clerk of Court is respectfully directed to close this case.

Dated: December 1, 2022
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge